E-FILED
Wednesday, 09 February, 2005 01:50:36 PM
Clerk, U.S. District Court, ILCD



# United States District Court

**JOHN M. WAVERS**
clerk of court

central district of illinois

office of the clerk
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

RE: _US_ v _Hamm_

Case # _01-30079_

Received _Government_ (Plaintiff/Defendant) exhibits from the Clerk, U.S. District Court for the Central District of Illinois, Springfield Division, this _9th_ day of _Feb, 2005_.

Received by: _Diane A Meadows_