E-FILED
Thursday, 21 February, 2008  10:57:18 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | COURT NO. 01-30079-004 & 02-30038-002 |
| ) | |
| JAMES C. CLAPP, ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

Please enter the appearance of JAMES A. LEWIS, Assistant United States Attorney, as co-counsel for the United States in this case.

Respectfully submitted,

**RODGER A. HEATON
UNITED STATES ATTORNEY**

```
s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-Mail: Jim.Lewis2@usdoj.gov
```

**CERTIFICATE OF SERVICE**

  It is hereby certified that service of the foregoing **ENTRY** was mailed on February 21, 2008, upon the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

    JAMES C. CLAPP
    901 Bryn Maur
    Springfield, IL 62703

```
s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-Mail: Jim.Lewis2@usdoj.gov
```