E-FILED
Friday, 09 May, 2008  10:36:05 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 01-30079-004 |
| | ) | |
| JAMES C. CLAPP, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

### MOTION FOR RESTITUTION PAYMENT SCHEDULE

The United States moves for the entry of a restitution payment schedule of $100.00 per month in accordance with the attached payment agreement. See Exhibit A.

    Respectfully submitted,

    RODGER A. HEATON
    UNITED STATES ATTORNEY


    s/ James A. Lewis
    _____
By:   James A. Lewis, Bar # 5470 (NC)
    Attorney for Plaintiff
    United States Attorneys Office
    318 S. 6th Street
    Springfield, Illinois 62701
    Tel: 217-492-4450
    Fax: 217-492-4888 or 4580
    E-mail: Jim.Lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION & PROPOSED ORDER** , have been made by placing in the United States mail, postage prepaid, addressed to:

>James C. Clapp
>901 Bryn Mawr Blvd.
>Springfield, IL 62703

DATE: May 9, 2008

>s/ James A. Lewis
>_____
>By:   James A. Lewis, Bar # 5470 (NC)
>Attorney for Plaintiff
>United States Attorneys Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Tel: 217-492-4450
>Fax: 217-492-4888 or 4580
>E-mail: Jim.Lewis2@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 01-30079-004 |
| ) | |
| JAMES C. CLAPP, ) | |
| ) | |
| Defendant, ) | |
| ) | |

RESTITUTION PAYMENT ORDER

Upon motion of the United States of America, and with the agreement of the Defendant, this Court enters the following restitution payment schedule:

(1) The Defendant shall pay $100.00 a month beginning June 15, 2008, making it payable to the "Clerk, United States District Court", and mail it to the Clerk, United States District Court, Attn: Finance Department, 100 N. E. Monroe, Rm 309, Peoria, Illinois 61602 referencing the Court No. 01-30079-004 on the payment;

(2) The Defendant shall provide an annual financial statement and provide notification of any change of address to the United States Attorneys Office until the restitution is paid in full, modified, or the liability to pay restitution expires in accordance with the payment agreement filed with this Court.

ENTER: _____.

_____
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE

(PROPOSED)