E-FILED
Friday, 09 May, 2008 10:36:37 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | COURT NO. 01-30079-004 |
| JAMES C. CLAPP, | ) ) ) | |
| Defendant. | ) | |

### AGREEMENT ON RESTITUTION PAYMENT

**I, JAMES C. CLAPP, agree to pay $100.00** a month until the judgment in this case has been paid, or this agreement modified, which judgment has a balance of $720,947.67 that includes 1.70% interest accrued as of 4/24/8. If I am (15) days late, the United States may commence garnishment proceedings. I agree to provide financial information annually and inform the Financial Litigation Unit at 217-492-4450 of any increase in income as a result of, but not limited to, gifts, inheritance, lottery, employment, or substantial bonus.

**This agreement takes effect with the Payment due on June 15, 2008, and will continue** on **15th** day of each month thereafter until paid in full or this agreement is modified. Payment should be made payable to the **U.S. District Court** mailed to the address shown on the automated statement, along with the payment coupon, which will be provided by the U.S. Department of Justice. This agreement does not affect the Probation payment schedule currently in effect. This Agreement does not waive the right of the United States to offset payments owed to the defendant including Treasury Tax Offsets.

I will inform the U.S. Attorneys Office in writing within seven days of any change of address or employment. I understand that default of the terms and conditions of this payment agreement will entitle the United States to execute on the judgment without further notice to me.

DATE: 5-5-08

DATE: 5/9/08

s/ James C. Clapp
James C. Clapp, Defendant

s/ James A. Lewis
James A. Lewis, Bar # 5470 (NC)
Attorney for Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-mail: Jim.Lewis2@usdoj.gov

EXHIBIT A

THIS DOCUMENT WAS PREPARED BY THE UNITED STATES ATTORNEY'S OFFICE, ON BEHALF OF THE UNITED STATES OF AMERICA.