UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 01-30079 |
| ) | |
| JAMES C. CLAPP, ) | |
| ) | |
| Defendant, ) | |
| ) | |

## RESTITUTION PAYMENT ORDER

JEANNE E. SCOTT, U.S. District Judge:

With the agreement of the Defendant, the Government's Motion for Restitution Payment Schedule (d/e 270) is ALLOWED. The Court enters the following restitution payment schedule with respect to Defendant Clapp:

(1)   Defendant Clapp shall pay $100.00 a month beginning June 15, 2008, making payment payable to the "Clerk, United States District Court", and mailing it to the Clerk, United States District Court, Attn: Finance Department, 100 N. E. Monroe, Rm 309, Peoria, Illinois 61602 referencing Court No. 01-30079-004 on the payment;

(2) Defendant Clapp shall provide an annual financial statement and provide notification of any change of address to the United States Attorneys Office until the restitution is paid in full, modified, or the liability to pay restitution expires in accordance with the payment agreement filed with this Court.

IT IS THEREFORE SO ORDERED.

ENTER: May 9, 2008

      FOR THE COURT:

                              s/ Jeanne E. Scott
                              JEANNE E. SCOTT
                    UNITED STATES DISTRICT JUDGE